IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC<br><br>    Plaintiff,<br>v.<br>MOTOROLA MOBILITY, INC.,<br><br>    Defendant. | Civil Action No. 6:12-CV-00263-CEH-DAB |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") and Defendant Motorola Mobility LLC, f/k/a Motorola Mobility, Inc. ("Motorola") have settled Brandywine's claims for relief against Motorola asserted in this case.

NOW, THEREFORE, Brandywine and Motorola, through their attorneys of record, request this Court to dismiss Brandywine's claims for relief against Motorola, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| December 27, 2012 | Respectfully submitted, |

                                                */s/ Brian H. VanderZanden*
Brian H. VanderZanden (*pro hac vice*)
Email: bvanderzanden@farneydaniels.com
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2831
Facsimile: (512) 582-2829

Christopher T. Hill (FL Bar No. 0868371)
Email: chill@hrkmlaw.com
Steven R. Main (FL Bar No. 0144551)
Email: smain@hrkmlaw.com
HILL, RUGH, KELLER & MAIN, P.L.
390 N Orange Avenue, Suite 1610
Orlando, FL 32801
Telephone: (407) 926-7460
Facsimile: (407) 926-7461

**ATTORNEYS FOR BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC**

*/s/Michael M. Murray*
Michael M. Murray *admitted pro hac vice*
Email: mmurray@winston.com
Jason S. Charkow *admitted pro hac vice*
Robert J. Kroczynski *admitted pro hac vice*
WINSTON & STRAWN
200 Park Avenue
New York, NY 10166
Tel: 212-294-6700
Fax: 212-294-4700

Daniel Johnson
Email: djohnson@carltonfields.com
CARLTON FIELDS
450 S. Orange Ave - Suite 500
Orlando, Florida 32801-3370
Tel: 407-849-0300
Fax: 407-648-9099

**ATTORNEYS FOR MOTOROLA MOBILITY LLC f/k/a MOTOROLA MOBILITY, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                    */s/ Brian H. VanderZanden*
                                    Brian H. VanderZanden