UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,**

      **Plaintiff,**

v.                                          Case No: 6:12-cv-263-Orl-36DAB

**MOTOROLA MOBILITY, INC.,**

      **Defendant.**
_____/

## O R D E R

Before the Court is the Joint Motion to Dismiss (Doc. 44). In accord with the Joint Motion to Dismiss, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Motion to Dismiss is **GRANTED** (Doc. 44).

    2)    This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on December 28, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record